## FOURTH DISTRICT.

**Joseph F. Derousse, appellee, v. Charles R. Bartels, appellant.**
Action by lessee of land against the owner to recover the amount of special drainage assessment paid by the lessee to protect his interest. Judgment for plaintiff. Appeal from the Circuit Court of Randolph county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921. Rehearing denied April 5, 1922.
William H. Schuwerk, Emory Andrews and R. G. Real, for appellant. E. H. Wegener, for appellee; J. Fred Gilster, of counsel.
Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Model Laundry Company, appellee, v. C. F. Short Company, appellant.**
Action for damages caused by defendant in driving its truck through a private alley and striking a guy wire causing plaintiff's smokestack to fall. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921. Motion for extension of time to file petitions for rehearing denied April 5, 1922.
D. J. Sullivan, for appellant. Keefe & Baxter, for appellee.
Mr. Justice Barry delivered the opinion of the court.

---

**Robert Gott et al., appellees, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant.**
Action for damages caused by delay in transporting a shipment of poultry and eggs. Judgment for plaintiffs. Appeal from the Circuit Court of White county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921. Rehearing denied March 30, 1922.
P. J. Kolb, for appellant; L. J. Hackney, of counsel. Ulys Pyle, for appellees.
Mr. Justice Barry delivered the opinion of the court.